## STATE v. VALENTINE BENDER.

Court of Quarter Sessions.  Kent.  December, 1794.

*Read's Notebook, 12.*†

---

\* This case is also reported in *Wilson's Red Book, 10.*

† This case is also reported in *Bayard's Notebook, 34;  Clayton's Notebook, 2;  Miller's Notebook, 33;  Wilson's Red Book, 11.*

BASSETT, C. J., said a majority of the Court were for admitting *ex necessitate rei* that she was a good witness by the common law and not excluded by the Act of Assembly from obtaining redress in that way; but if the assault had been on a white woman or man, he would not have admitted her.

Another witness proved that it was the Negro's own assault.

Verdict of not guilty, and the Court refused to certify.